IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JORGE L DIAZ FIGUEROA                    CASE NO.:08-7137 SEK

DEBTOR                                    CHAPTER 13

### ANSWER TO TRUSTEE'S ADDITIONAL OBJECTION TO CONFIRMATION

**TO THE HONORABLE COURT:**

Comes now attorney for Debtor and respectfully alleges and prays as follows:

1. On March 6, 2009, Trustee filed a motion objecting to confirmation of plan dated November 11, 2008 because it was insufficiently funded to pay all secured creditors.

2. Debtor is on this date amending his Chapter 13 plan to provide for the surrender of collateral held by secured creditors AAFES Military Stay Exchange and to Westgate Vacation Villas

**WHEREFORE**, the Debtor prays that this Honorable Court deny Trustee's motion objecting confirmation of the plan on the basis of insufficiency, and confirm Debtor's plan dated 9/9/2007.

**CERTIFICATE OF SERVICE:** I do hereby certify that on this date a copy of this motion has been served upon Alejandro Oliveras, Chapter 13 Trustee, personally at his office.

March 10, 2009

Otto E. Landrón Pérez 202706
Sonia A. Rodríguez Rivera 117414
Attorney for Debtor
Landrón & Rodríguez Law Offices
PO Box 52044
Toa Baja PR 00950-2044
Tel 795-0390 / Fax 795-2693
Email: landrodz@onelinkpr.net